# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BERNIER, III, et al., | No. 1:18-cv-01131-LJO-SKO |
| Plaintiffs, | **ORDER REGARDING CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE, CORRECTION OF PLAINTIFF'S COMPLAINT, AND ISSUANCE OF SUMMONS** |
| vs. | |
| MICHAEL WALKER California Highway Patrol Officer, et al.; | |
| Defendants. | (Doc. 8) |

GOOD CAUSE APPEARING THEREFORE, after reviewing the parties' "Stipulation Re: Rescheduling of Initial Scheduling Conference, Correction of the Plaintiff's Complaint, and Issuance of an Amended Summons" (Doc. 8), the Court ORDERS the following:

1. The scheduling conference currently set for December 4, 2018, is hereby **CONTINUED to January 31, 2019, at 9:30 AM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto**;

2. A joint scheduling report compliant with this Court's Order Setting Mandatory Scheduling Conference dated August 22, 2018 (Doc. 4), SHALL be electronically

filed and emailed in Word format to skoorders@caed.uscourts.gov, by no later than January 24, 2019;

3. Plaintiffs SHALL file a First Amended Complaint correcting the name of defendant Avila pursuant to the parties' stipulation, by no later than December 4, 2018; and

4. Upon filing of the First Amended Complaint, the Clerk of Court SHALL issue a summons for timely service on the renamed defendant.

IT IS SO ORDERED.

Dated: **November 27, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE