James D. Weakley, Esq.    Bar No. 082853
Brande L. Gustafson, Esq.  Bar No. 267130

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Ave., Suite 211
Fresno, California 93704
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
jim@walaw-fresno.com
brande@walaw-fresno.com

Attorneys for Defendant, County of Fresno

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLES BERNIER, III, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　vs.<br><br>CALIFORNIA HIGHWAY PATROL OFFICER MICHAEL WALKER; CALIFORNIA HIGHWAY PATROL OFFICER PABLO LOPEZ; CALIFORNIA HIGHWAY PATROL OFFICER CORDE SPENCER; CALIFORNIA HIGHWAY PATROL OFFICER WILLIAM AVILA; UNKNOWN CALIFORNIA HIGHWAY PATROL OFFICERS; UNKNOWN FRESNO COUNTY SHERIFF'S DEPARTMENT DEPUTIES; UNKNOWN LAW ENFORCEMENT OFFICERS, THE COUNTY OF FRESNO<br><br>　　　　　Defendants. | CASE NO.  1:18-cv-01131-LJO-SKO<br><br>**STIPULATION TO RESCHEDULE INITIAL SCHEDULING CONFERENCE AND ORDER**<br><br>**(Doc. 15)** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the attorneys of records

for plaintiffs Richard Charles Bernier, III ("Bernier") and Nadezhda Ustinenkov ("Ustinenkov")

(collectively "Plaintiffs") and defendant County of Fresno ("County"), and defendants

California Highway Patrol Officers Michael Walker, Pablo Lopez, Corde Spencer, William

Avila (collectively "CHP Defendants") as follows:

Bernier having been arraigned as of November 27, 2018 in Fresno County Superior County on criminal charges[1], which arose from his arrest as alleged in the First Amended Complaint and which makes up the basis for this action, just recently received discovery from the District Attorney and now has information as to the identities of the "Unknown Law Enforcement Officers." Plaintiff would like additional time to work with defendants to if they can agree to stipulate to allow Plaintiffs to further amend the First Amended Complaint to add additional defendants. If the parties are unable to come to an agreement by stipulation, Plaintiffs would like to file and have the issue of further amending the pleadings resolved in advance of the Initial Scheduling Conference so that these anticipated additional defendants have an opportunity to appear and so the parties can better evaluate potential discovery issues and better determine a proper discovery and trial schedule.

Defendants have also met and conferred with Plaintiffs about the possibility of staying discovery during the pendency of Bernier's parallel criminal proceeding, which Plaintiffs have indicated they are not inclined to agree to, but they do agreed that any ruling on Defendants' motion for a stay of discovery could alter the discovery schedule in this case and so stipulate that the Initial Scheduling Conference should take place after the Court rules on Defendants' motion for a stay of discovery. Defendants intend to file their motion no later than January 24, 2019.

Furthermore, Counsel for defendant County has a conflict of schedule and will be in San Antonio, Texas on January 31, 2019, the date the Initial Scheduling Conference is currently set

---

[1] *The People of the State of California vs. Richard Charles Bernier*, Fresno County Superior Court Case Number F1890078.

to take place. While counsel may be able to make arrangements to appear telephonically, he would prefer to appear in person for the Initial Scheduling Conference.

Accordingly, the parties believe that there is good cause for the Court to approve the following stipulations:

1. The January 31, 2019 Initial Scheduling Conference may be continued March 28, 2019, or as soon thereafter as the Court and parties are available.

2. The parties' Joint Scheduling Conference Statement will be electronically filed 7 days prior to the new scheduling conference date, and will be emailed in Word format to skoorders@caed.uscourts.gov.

3. Plaintiffs will file a stipulation or a motion for leave to file a Second Amended Complaint no later than February 7, 2019.

4. Defendants will file a motion for stay of discovery no later than January 24, 2019.

Dated: January 17, 2019  WEAKLEY & ARENDT
A Professional Corporation

By: /s/ Brande L. Gustafson

James D. Weakley
Brande L. Gustafson
Attorneys for Defendant
COUNTY OF FRESNO

Dated: January 17, 2019  LAW OFFICE OF KEVIN G. LITTLE

By: /s/ Kevin G. Little (As authorized on 1/17/19)

Kevin G. Little
Attorneys for Plaintiffs

Dated: January 17, 2019  XAVIER BECERRA
Attorney General of California
Alberto L. Gonzalez
Supervising Deputy Attorney General

By: /s/ Amie C. McTavish (As authorized on 1/17/19)

Amie C. McTavish
Deputy Attorney General
Attorneys for Defendants California Highway Patrol Officers Michael Walker, Pablo Lopez, and William Avila

## **ORDER**

Based on the parties' above-stipulation (Doc. 15), the scheduling conference is HEREBY CONTINUED to March 28, 2019, at 9:30 AM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. The parties shall file their Joint Scheduling Report by March 21, 2019.

IT IS SO ORDERED.

Dated: **January 18, 2019**      /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE