James D. Weakley, Esq.   Bar No. 082853
Brande L. Gustafson, Esq.   Bar No. 267130

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Ave., Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
jim@walaw-fresno.com
brande@walaw-fresno.com

Attorneys for Defendant, County of Fresno

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLES BERNIER, III, et al., | CASE NO. 1:18-cv-01131-LJO-SKO |
| Plaintiffs, | **STIPULATION TO RESCHEDULE INITIAL SCHEDULING CONFERENCE AND ORDER** |
| vs. | |
| CALIFORNIA HIGHWAY PATROL OFFICER MICHAEL WALKER; CALIFORNIA HIGHWAY PATROL OFFICER PABLO LOPEZ; CALIFORNIA HIGHWAY PATROL OFFICER CORDE SPENCER; CALIFORNIA HIGHWAY PATROL OFFICER WILLIAM AVILA; UNKNOWN CALIFORNIA HIGHWAY PATROL OFFICERS; UNKNOWN FRESNO COUNTY SHERIFF'S DEPARTMENT DEPUTIES; UNKNOWN LAW ENFORCEMENT OFFICERS, THE COUNTY OF FRESNO | (Doc. 40) <br><br> Date: September 12, 2019 <br> Time: 10:15 a.m. <br> Ctrm: 7 (6th Floor) <br> The Honorable Sheila K. Oberto <br><br> Complaint Filed: August 20, 2018 <br> Trial Date: TBD |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys of records for plaintiffs Richard Charles Bernier, III ("Bernier") and Nadezhda Ustinenkov ("Ustinenkov") (collectively "Plaintiffs") and defendant[1] County of Fresno ("Defendant") as follows:

---

[1] On May 14, 2019, Plaintiffs and Defendants California Highway Patrol Officers Michael Walker, Pablo Lopez, Corde Spencer, and William Avila filed a Stipulation dismissing those

Stipulation to Reschedule Initial Scheduling
Conference & Order

1

Bernier was arraigned on November 27, 2018 in Fresno County Superior County (*The People of the State of California vs. Richard Charles Bernier*, Fresno County Superior Court Case Number F1890078) on criminal charges, which arose from his arrest as alleged in the First Amended Complaint and make up the basis for this action. Bernier has a pre-preliminary hearing scheduled for October 11, 2019; however, no trial date has been set in the case yet.

On March 14, 2019, the Court ordered the case stayed as to federal and state law claims premised upon excessive force or retaliatory prosecution, with the exception that Plaintiffs may amend those claims to add new defendant. *See* Doc. No. 30. The Court also ordered that the case may proceed as to the other allegations of retaliation (failure to provide medical care and/or inappropriate jail housing.) *Id*. This ruling was modified on April 15, 2019 after a motion for reconsideration as follows:

> Plaintiffs are entitled to discover information sufficient to permit them to amend their complaint to name as defendants FPD officers at the scene of Plaintiffs' arrest. At a bare minimum, Plaintiffs are entitled to conduct civil discovery to determine the identity of any and all FPD officers who were present during the incident. Beyond that, Defendants have an election to make. They may decline to reveal information beyond that related to the presence of FPD officers at the scene. If they do so, the Court will construe that election as a waiver of any motion to dismiss claims brought by Plaintiffs against those officers on the ground of failure to state a claim. Alternatively, Defendants shall respond to narrowly tailored discovery designed to reveal the role(s) any FPD officers played at the scene of the arrest.

*See* Doc. No. 35, p. 4:10-18.

Considering the partial stay in place during the pendency of Bernier's parallel criminal case, which has not been set for trial yet, and Plaintiffs' intention to amend the complaint to name additional defendants, the parties would like to file and have the issue of further amending the pleadings resolved in advance of the Initial Scheduling Conference so that these anticipated additional defendants have an opportunity to appear and so the parties can better evaluate potential discovery issues and better determine a proper discovery and trial schedule.

---

defendants with prejudice. (Doc. No. 36). The Court terminated Defendants California Highway Patrol Officers Michael Walker, Pablo Lopez, Corde Spencer, and William Avila on May 15, 2019. (Doc. No. 37).

Accordingly, the parties believe that there is good cause for the Court to approve the following stipulations:

1. The September 12, 2019 Initial Scheduling Conference be continued to March 12, 2020, or as soon thereafter as the Court and parties are available.

2. The parties' Joint Scheduling Conference Statement will be electronically filed 7 days prior to the new scheduling conference date, and will be emailed in Word format to skoorders@caed.uscourts.gov.

Dated: September 5, 2019         WEAKLEY & ARENDT
                                 A Professional Corporation

                        By:      /s/ Brande L. Gustafson

                                 James D. Weakley
                                 Brande L. Gustafson
                                 Attorneys for Defendant
                                 COUNTY OF FRESNO

Dated: September 5, 2019         LAW OFFICE OF KEVIN G. LITTLE

                        By:      /s/ Kevin G. Little (As authorized on 9/05/19)
                                 Kevin G. Little
                                 Attorneys for Plaintiffs

**ORDER**

Pursuant to the parties' above stipulation, the Mandatory Scheduling Conference currently set for September 12, 2019, is CONTINUED to March 12, 2020, at 10:15 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. The parties SHALL file their joint scheduling report by no later than March 5, 2019.

IT IS SO ORDERED.

Dated:   **September 9, 2019**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE