1  James D. Weakley, Esq.    Bar No. 082853
   Brande L. Gustafson, Esq.  Bar No. 267130

2

3  WEAKLEY & ARENDT
   A Professional Corporation
   5200 N. Palm Ave., Suite 211

4  Fresno, California 93704
   Telephone:  (559) 221-5256

5  Facsimile:  (559) 221-5262
   jim@walaw-fresno.com

6  brande@walaw-fresno.com

7  Attorneys for Defendants, County of Fresno,
   Garrett Majors, John Robinson, and Nathaniel Wilkinson

8
                    **UNITED STATES DISTRICT COURT**
9
              **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11 RICHARD CHARLES BERNIER, III;      ) CASE NO.  1:18-cv-01131-NONE-SKO
   NADEZHDA USTINENKOV,               )
12                                     ) **STIPULATION TO VACATE INITIAL**
                                       ) **SCHEDULING CONFERENCE AND SET**
13          Plaintiffs,                ) **STATUS CONFERENCE; ORDER**
                                       )
       v.                              )
14                                     ) (Doc. 72)
                                       )
15 FRESNO POLICE OFFICER ANTHONY       )
   RODRIGUEZ; FRESNO POLICE OFFICER    )
16 KEVIN JONES; FRESNO COUNTY          )
   SHERIFF'S DEPUTY GARRETT MAJORS;    )
17 FRESNO COUNTY SHERIFF'S DEPUTY      )
   JOHN ROBINSON; FRESNO COUNTY        )
18 SHERIFF'S DEPUTY NATHANIEL          )
   WILKINSON; UNKNOWN FRESNO           )
19 COUNTY SHERIFF'S DEPARTMENT         )
   DEPUTIES; UNKNOWN FRESNO POLICE     )
20 OFFICERS; THE CITY OF FRESNO,       ) Complaint Filed:  August 20, 2018
   CALIFORNIA; THE COUNTY OF FRESNO,   ) Trial Date:  TBD
21 CALIFORNIA,                         )
                                       )
22                                     )
            Defendants.                )
23

24          IT IS HEREBY STIPULATED AND AGREED by and between the attorneys of records

25 for plaintiffs Richard Charles Bernier, III ("Bernier") and Nadezhda Ustinenkov ("Ustinenkov")

26 (collectively "Plaintiffs") and defendants[1] County of Fresno ("County"), Fresno County

27 ─────────────────────────────
   [1] On May 14, 2019, Plaintiffs and Defendants California Highway Patrol Officers Michael
28 Walker, Pablo Lopez, Corde Spencer, and William Avila filed a Stipulation dismissing those
   defendants with prejudice. (Doc. No. 36).  The Court terminated Defendants California

Sheriff's Deputies Garrett Majors ("Deputy Majors"), John Robinson ("Deputy Robinson"), and Nathaniel Wilkinson ("Deputy Wilkinson")  (collectively "County Defendants"); and City of Fresno ("City"),  Fresno Police Officers Anthony Rodriguez ("Officer Rodriguez") and Kevin Jones ("Officer Jones") (collectively "City Defendants") as follows:

Bernier was arraigned on November 27, 2018 in Fresno County Superior County (*The People of the State of California vs. Richard Charles Bernier*, Fresno County Superior Court Case Number F1890078) on criminal charges, which arose from his arrest as alleged in the Second Amended Complaint and make up the basis for this action. Bernier has a pre-preliminary hearing scheduled for March 26, 2021; however, no trial date has been set in the case yet.

On March 14, 2019, the Court ordered the case stayed as to federal and state law claims premised upon excessive force or retaliatory prosecution, with the exception that Plaintiffs may amend those claims to add new defendant. *See* Doc. No. 30. The Court also ordered that the case may proceed as to the other allegations of retaliation (failure to provide medical care and/or inappropriate jail housing.) *Id*.  This ruling was modified on April 15, 2019 after a motion for reconsideration as follows:

> Plaintiffs are entitled to discover information sufficient to permit them to amend their complaint to name as defendants FPD officers at the scene of Plaintiffs' arrest. At a bare minimum, Plaintiffs are entitled to conduct civil discovery to determine the identity of any and all FPD officers who were present during the incident.  Beyond that, Defendants have an election to make.  They may decline to reveal information beyond that related to the presence of FPD officers at the scene.  If they do so, the Court will construe that election as a waiver of any motion to dismiss claims brought by Plaintiffs against those officers on the ground of failure to state a claim.  Alternatively, Defendants shall respond to narrowly tailored discovery designed to reveal the role(s) any FPD officers played at the scene of the arrest.

*See* Doc. No. 35, p. 4:10-18.

Plaintiffs filed a Second Amended Complaint on November 6, 2019.  Doc. No. 42. County filed a motion to strike the SAC or in the alternative motion to dismiss and motion to

Highway Patrol Officers Michael Walker, Pablo Lopez, Corde Spencer, and William Avila on May 15, 2019. (Doc. No. 37).

strike portions of the SAC on November 20, 2019.  Doc. No. 45.  The remaining defendants filed answers.  Doc. Nos. 58-59.  The court granted in part and denied in part County's motion to strike and dismiss, granting Plaintiffs leave to amend as to Plaintiffs' *Monell* claim. Doc. No. 63.

Plaintiffs filed a Third Amended Complaint ("TAC") on August 1, 2020 (Doc. No. 64) and a Notice of Errata Re: Third Amended Complaint for Damages and Injunctive Relief on August 12, 2020 (Doc. No. 65).  On August 14, 2020, City Defendants filed a motion to dismiss and motion for more definite statement (Doc. No. 66) and County Defendants filed a motion to dismiss (Doc. No. 67).  Both motions have been fully briefed and are still awaiting a ruling.

Considering the partial stay in place during the pendency of Bernier's parallel criminal case, which does not have a trial date yet, and the still pending motions to dismiss and motion for more definite statement on the TAC, the parties would like to have the status of the pleadings settled in advance of the Initial Scheduling Conference so that all defendants have an opportunity to file an Answer and so the parties can better evaluate potential discovery issues and better determine a proper discovery and trial schedule.

Accordingly, the parties believe that there is good cause for the Court to approve the following stipulations:

1.     The March 16, 2021 Initial Scheduling Conference be vacated, and a Status Conference be scheduled on October 12, 2021, or as soon thereafter as the Court and parties are available, to evaluate the appropriateness of setting a Scheduling Conference depending on the status of the underlying criminal case.

2.     A Joint Status Conference Statement will be electronically filed by the parties 7 days prior to the Status Conference date, and will be emailed in Word format to skoorders@caed.uscourts.gov.

/ / /

/ / /

/ / /

/ / /

1  Dated: February 24, 2021                WEAKLEY & ARENDT
2                                          A Professional Corporation

3                                  By:     /s/ Brande L. Gustafson

4                                          James D. Weakley
                                           Brande L. Gustafson
5                                          Attorneys for Defendants
                                           County of Fresno, Garrett Majors, John Robinson,
6                                          and Nathaniel Wilkinson

7  Dated: February 24, 2021                WHITNEY, THOMPSON & JEFFCOACH LLP

8
                                   By:     /s/ Mandy L. Jeffcoach (As authorized on 2/24/21)
9                                          Mandy L. Jeffcoach
                                           Kristi D. Marshall
10                                         Attorneys for Defendants
                                           Fresno Police Officer Anthony Rodriguez, Fresno
11                                         Police Officer Kevin Jones, and The City of
                                           Fresno, erroneously sued as The City of Fresno,
12                                         California

13  Dated: February 24, 2021               LAW OFFICE OF KEVIN G. LITTLE

14
                                   By:     /s/ Kevin G. Little (As authorized on 2/24/21)
15                                         Kevin G. Little
                                           Attorneys for Plaintiffs
16                                         Richard Charles Bernier, III and Nadezhda
                                           Ustinenkov
17

18                                      **ORDER**

19       Pursuant to the parties' above stipulation (Doc. 72), the Initial Scheduling Conference

20  currently set for March 16, 2021, is hereby VACATED.   A Status Conference is SET for

21  October 12, 2021, at 9:30 a.m., in Courtroom 7 (SKO) before Magistrate Judge Sheila K.

22  Oberto.  The parties SHALL file a Joint Status Conference Statement by no later than October

23  5, 2021.

24

25  IT IS SO ORDERED.

26  Dated:   **February 25, 2021**            /s/ *Sheila K. Oberto*

27                                          UNITED STATES MAGISTRATE JUDGE

28

Stipulation to Vacate Initial Scheduling Conference
& Set Status Conference; Order

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation to Vacate Initial Scheduling Conference
& Set Status Conference; Order