James D. Weakley, Esq.   Bar No. 082853
Brande L. Gustafson, Esq.   Bar No. 267130

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Ave., Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
jim@walaw-fresno.com
brande@walaw-fresno.com

Attorneys for Defendants, County of Fresno,
Garrett Majors, John Robinson, and Nathaniel Wilkinson

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLES BERNIER, III; NADEZHDA USTINENKOV,<br><br>Plaintiffs,<br><br>vs.<br><br>FRESNO POLICE OFFICER ANTHONY RODRIGUEZ; FRESNO POLICE OFFICER KEVIN JONES; FRESNO COUNTY SHERIFF'S DEPUTY GARRETT MAJORS; FRESNO COUNTY SHERIFF'S DEPUTY JOHN ROBINSON; FRESNO COUNTY SHERIFF'S DEPUTY NATHANIEL WILKINSON; UNKNOWN FRESNO COUNTY SHERIFF'S DEPARTMENT DEPUTIES; UNKNOWN FRESNO POLICE OFFICERS; THE CITY OF FRESNO, CALIFORNIA; THE COUNTY OF FRESNO, CALIFORNIA,<br><br>Defendants. | CASE NO.  1:18-cv-01131-JLT-SKO<br><br>**STIPULATION TO COUNTINUE INITIAL SCHEDULING CONFERENCE; ORDER**<br><br>Date: October 4, 2022<br>Time: 9:45 a.m.<br>Ctrm: 7 (6th Floor)<br>The Honorable Sheila K. Oberto<br><br>(Doc. 90)<br><br>Complaint Filed: August 20, 2018<br>Trial Date: TBD |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys of records for plaintiffs Richard Charles Bernier, III ("Bernier") and Nadezhda Ustinenkov ("Ustinenkov") (collectively "Plaintiffs") and defendants[1] County of Fresno ("County"), Fresno County

---

[1] On May 14, 2019, Plaintiffs and Defendants California Highway Patrol Officers Michael Walker, Pablo Lopez, Corde Spencer, and William Avila filed a Stipulation dismissing those defendants with prejudice. (Doc. No. 36).  The Court terminated Defendants California

Sheriff's Deputies Garrett Majors ("Deputy Majors"), John Robinson ("Deputy Robinson"), and Nathaniel Wilkinson ("Deputy Wilkinson")  (collectively "County Defendants"); and City of Fresno ("City"),  Fresno Police Officers Anthony Rodriguez ("Officer Rodriguez") and Kevin Jones ("Officer Jones") (collectively "City Defendants") as follows:

Bernier was arraigned on November 27, 2018 in Fresno County Superior County (*The People of the State of California vs. Richard Charles Bernier*, Fresno County Superior Court Case Number F1890078) on criminal charges, which arose from his arrest as alleged in the Fourth Amended Complaint and make up the basis for this action. Bernier has had pre-preliminary hearings scheduled and re-scheduled since that time for various reasons, with the latest pre-preliminary hearing held on August 16, 2022, setting the preliminary hearing for October 25, 2022.  Still no trial date has been set in the case yet.

On March 14, 2019, the Court ordered the case stayed as to federal and state law claims premised upon excessive force or retaliatory prosecution, with the exception that Plaintiffs may amend those claims to add new defendants. *See* Doc. No. 30. The Court also ordered that the case may proceed as to the other allegations of retaliation (failure to provide medical care and/or inappropriate jail housing.) *Id*.  This ruling was modified on April 15, 2019 after a motion for reconsideration as follows:

> Plaintiffs are entitled to discover information sufficient to permit them to amend their complaint to name as defendants FPD officers at the scene of Plaintiffs' arrest. At a bare minimum, Plaintiffs are entitled to conduct civil discovery to determine the identity of any and all FPD officers who were present during the incident.  Beyond that, Defendants have an election to make.  They may decline to reveal information beyond that related to the presence of FPD officers at the scene.  If they do so, the Court will construe that election as a waiver of any motion to dismiss claims brought by Plaintiffs against those officers on the ground of failure to state a claim.  Alternatively, Defendants shall respond to narrowly tailored discovery designed to reveal the role(s) any FPD officers played at the scene of the arrest.

*See* Doc. No. 35, p. 4:10-18.

Plaintiffs filed a Second Amended Complaint on November 6, 2019.  Doc. No. 42.

---

Highway Patrol Officers Michael Walker, Pablo Lopez, Corde Spencer, and William Avila on May 15, 2019. (Doc. No. 37).

1    County filed a motion to strike the SAC or in the alternative motion to dismiss and motion to
2    strike portions of the SAC on November 20, 2019.  Doc. No. 45.  The remaining defendants
3    filed answers.  Doc. Nos. 58-59.  The court granted in part and denied in part County's motion
4    to strike and dismiss, granting Plaintiffs leave to amend as to Plaintiffs' *Monell* claim. Doc. No.
5    63.

6        Plaintiffs filed a Third Amended Complaint ("TAC") on August 1, 2020 (Doc. No. 64)
7    and a Notice of Errata Re: Third Amended Complaint for Damages and Injunctive Relief on
8    August 12, 2020 (Doc. No. 65).  On August 14, 2020, City Defendants filed a motion to dismiss
9    and motion for more definite statement (Doc. No. 66) and County Defendants filed a motion to
10   dismiss (Doc. No. 67).  Both of the motions were granted with leave to amend on January 24,
11   2022.

12       Plaintiffs filed a Fourth Amended Complaint on February 24, 2022. Doc. No. 80.  On
13   March 10, 2022, City Defendants filed a motion to dismiss portions of the Fourth Amended
14   Complaint (Doc. No. 81) and County Defendants filed a motion to dismiss and motion to strike
15   portions of the Fourth Amended Complaint (Doc. Nos. 82). Both motions have been fully
16   briefed and are still awaiting a ruling.

17       Considering the partial stay in place during the pendency of Bernier's parallel criminal
18   case, which does not have a trial date yet, and the still pending motions to dismiss and motion
19   strike portions of the Fourth Amended Complaint, the parties would like to have the status of
20   the pleadings settled in advance of the Initial Scheduling Conference so that all defendants have
21   an opportunity to file an Answer and so the parties can better evaluate potential discovery issues
22   and better determine a proper discovery and trial schedule.

23       Accordingly, the parties believe that there is good cause for the Court to approve the
24   following stipulations:

25       1.   The October 4, 2022 Initial Scheduling Conference be vacated, and a Status
26   Conference be scheduled on April 18, 2023, or as soon thereafter as the Court and parties are
27   available, to evaluate the appropriateness of setting a Scheduling Conference depending on the
28   status of the underlying criminal case.

2. A Joint Status Conference Statement will be electronically filed by the parties 7 days prior to the Status Conference date, and will be emailed in Word format to skoorders@caed.uscourts.gov.

Dated: September 15, 2022         WEAKLEY & ARENDT
                                  A Professional Corporation

                            By:   /s/ Brande L. Gustafson
                                  James D. Weakley
                                  Brande L. Gustafson
                                  Attorneys for Defendants
                                  County of Fresno, Garrett Majors, John Robinson, and Nathaniel Wilkinson

Dated: September 15, 2022         WHITNEY, THOMPSON & JEFFCOACH LLP
                            By:   /s/ Mandy L. Jeffcoach (As authorized on 9/15/22)
                                  Mandy L. Jeffcoach
                                  Jessica L. Thomason
                                  Attorneys for Defendants
                                  Fresno Police Officer Anthony Rodriguez, Fresno Police Officer Kevin Jones, and The City of Fresno, erroneously sued as The City of Fresno, California

Dated: September 15, 2022         LAW OFFICE OF KEVIN G. LITTLE
                            By:   /s/ Kevin G. Little (As authorized on 9/15/22)
                                  Kevin G. Little
                                  Attorneys for Plaintiffs
                                  Richard Charles Bernier, III and Nadezhda Ustinenkov

## ORDER

Pursuant to the parties' above stipulation (Doc. 90), the Scheduling Conference currently set for October 4, 2022, is **CONTINUED to April 27, 2023, at 9:30 a.m**. before Magistrate Judge Sheila K. Oberto. The parties SHALL file a Joint Status Conference Statement by no later than April 20, 2023.

IT IS SO ORDERED.

Dated:   **September 16, 2022**              /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE