James D. Weakley, Esq.    Bar No. 082853
Brande L. Gustafson, Esq.  Bar No. 267130

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Ave., Suite 211
Fresno, California 93704
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
jim@walaw-fresno.com
brande@walaw-fresno.com

Attorneys for Defendants, County of Fresno,
Garrett Majors, John Robinson, and Nathaniel Wilkinson

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD CHARLES BERNIER, III; NADEZHDA USTINENKOV,<br><br>            Plaintiffs,<br><br>vs.<br><br>FRESNO POLICE OFFICER ANTHONY RODRIGUEZ; FRESNO POLICE OFFICER KEVIN JONES; FRESNO COUNTY SHERIFF'S DEPUTY GARRETT MAJORS; FRESNO COUNTY SHERIFF'S DEPUTY JOHN ROBINSON; FRESNO COUNTY SHERIFF'S DEPUTY NATHANIEL WILKINSON; UNKNOWN FRESNO COUNTY SHERIFF'S DEPARTMENT DEPUTIES; UNKNOWN FRESNO POLICE OFFICERS; THE CITY OF FRESNO, CALIFORNIA; THE COUNTY OF FRESNO, CALIFORNIA,<br><br>            Defendants. | CASE NO.  1:18-cv-01131-JLT-SKO<br><br>**STIPULATION TO COUNTIUNE INITIAL SCHEDULING CONFERENCE; ORDER**<br><br>Date: May 2, 2023<br>Time: 9:45 a.m.<br>Ctrm: 7 (6th Floor)<br>The Honorable Sheila K. Oberto<br><br>(Doc. 97)<br><br>Complaint Filed:  August 20, 2018<br>Trial Date:  TBD |

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys of records

for plaintiffs Richard Charles Bernier, III ("Bernier") and Nadezhda Ustinenkov ("Ustinenkov")

(collectively "Plaintiffs") and defendants[1] County of Fresno ("County"), Fresno County

---

[1] On May 14, 2019, Plaintiffs and Defendants California Highway Patrol Officers Michael Walker, Pablo Lopez, Corde Spencer, and William Avila filed a Stipulation dismissing those defendants with prejudice. (Doc. No. 36).  The Court terminated Defendants California

Stipulation to Continue Initial Scheduling Conference; Order

1

1  Sheriff's Deputies Garrett Majors ("Deputy Majors"), John Robinson ("Deputy Robinson"), and
2  Nathaniel Wilkinson ("Deputy Wilkinson")  (collectively "County Defendants"); and City of
3  Fresno ("City"),  Fresno Police Officers Anthony Rodriguez ("Officer Rodriguez") and Kevin
4  Jones ("Officer Jones") (collectively "City Defendants") as follows:

5      Bernier was arraigned on November 27, 2018 in Fresno County Superior County (*The
6  People of the State of California vs. Richard Charles Bernier*, Fresno County Superior Court
7  Case Number F1890078) on criminal charges, which arose from his arrest as alleged in the
8  Fourth Amended Complaint and make up the basis for this action. Bernier has had pre-
9  preliminary hearings scheduled and re-scheduled since that time for various reasons, with the
10 latest pre-preliminary hearing held on February 28, 2023, setting the preliminary hearing for
11 May 18, 2023.  Still no trial date has been set in the case yet.

12     On March 14, 2019, the Court ordered the case stayed as to federal and state law claims
13 premised upon excessive force or retaliatory prosecution, with the exception that Plaintiffs may
14 amend those claims to add new defendants. *See* Doc. No. 30. The Court also ordered that the
15 case may proceed as to the other allegations of retaliation (failure to provide medical care and/or
16 inappropriate jail housing.) *Id*.  This ruling was modified on April 15, 2019 after a motion for
17 reconsideration as follows:

18
19
20
21
22
23
24
> Plaintiffs are entitled to discover information sufficient to permit them to amend their complaint to name as defendants FPD officers at the scene of Plaintiffs' arrest. At a bare minimum, Plaintiffs are entitled to conduct civil discovery to determine the identity of any and all FPD officers who were present during the incident.  Beyond that, Defendants have an election to make.  They may decline to reveal information beyond that related to the presence of FPD officers at the scene.  If they do so, the Court will construe that election as a waiver of any motion to dismiss claims brought by Plaintiffs against those officers on the ground of failure to state a claim.  Alternatively, Defendants shall respond to narrowly tailored discovery designed to reveal the role(s) any FPD officers played at the scene of the arrest.

25 *See* Doc. No. 35, p. 4:10-18.
26     Plaintiffs filed a Second Amended Complaint on November 6, 2019.  Doc. No. 42.
27 County filed a motion to strike the SAC or in the alternative motion to dismiss and motion to
28 

---

Highway Patrol Officers Michael Walker, Pablo Lopez, Corde Spencer, and William Avila on May 15, 2019. (Doc. No. 37).

1  strike portions of the SAC on November 20, 2019.  Doc. No. 45.  The remaining defendants
2  filed answers.  Doc. Nos. 58-59.  The court granted in part and denied in part County's motion
3  to strike and dismiss, granting Plaintiffs leave to amend as to Plaintiffs' *Monell* claim. Doc. No.
4  63.

5  Plaintiffs filed a Third Amended Complaint ("TAC") on August 1, 2020 (Doc. No. 64)
6  and a Notice of Errata Re: Third Amended Complaint for Damages and Injunctive Relief on
7  August 12, 2020 (Doc. No. 65).  On August 14, 2020, City Defendants filed a motion to dismiss
8  and motion for more definite statement (Doc. No. 66) and County Defendants filed a motion to
9  dismiss (Doc. No. 67).  Both of the motions were granted with leave to amend on January 24,
10 2022.

11 Plaintiffs filed a Fourth Amended Complaint on February 24, 2022. Doc. No. 80.  On
12 March 10, 2022, City Defendants filed a motion to dismiss portions of the Fourth Amended
13 Complaint (Doc. No. 81) and County Defendants filed a motion to dismiss and motion to strike
14 portions of the Fourth Amended Complaint (Doc. Nos. 82). The motions were granted on
15 November 8, 2022, dismissing the first cause of action for excessive force against the City of
16 Fresno and the County of Fresno and dismissing the second cause of action for retaliation in
17 violation of the First Amendment as to Officers Rodriguez and Jones. *See* Doc. No. 93. No
18 further leave to amend was allowed and the case is proceeding on the Fourth Amended
19 Complaint with the portions dismissed and stricken as set forth in the Court's November 8,
20 2022 order.  *See Id*.  Answers were filed by the defendants on December 8, 2022.  Doc. Nos.
21 94-95.

22 Considering the partial stay in place during the pendency of Bernier's parallel criminal
23 case, which does not have a trial date yet, the parties would like to have the criminal matter
24 settled in advance of the Initial Scheduling Conference so the parties can better evaluate
25 potential discovery issues and better determine a proper discovery and trial schedule.

26 Accordingly, the parties believe that there is good cause for the Court to approve the
27 following stipulations:

28  1. The May 2, 2023 Initial Scheduling Conference be vacated, and a Status

Stipulation to Continue Initial Scheduling Conference; Order

1  Conference be scheduled on November 9, 2023, or as soon thereafter as the Court and parties
2  are available, to evaluate the appropriateness of setting a Scheduling Conference depending on
3  the status of the underlying criminal case.
4        2.    A Joint Status Conference Statement will be electronically filed by the parties 7
5  days prior to the Status Conference date and will be emailed in Word format to
6  skoorders@caed.uscourts.gov.

Dated: April 14, 2023                         WEAKLEY & ARENDT
                                                      A Professional Corporation

                                 By:    /s/ Brande L. Gustafson
                                         James D. Weakley
                                         Brande L. Gustafson
                                         Attorneys for Defendants
                                         County of Fresno, Garrett Majors, John Robinson,
                                         and Nathaniel Wilkinson

Dated: April 14, 2023                         WHITNEY, THOMPSON & JEFFCOACH LLP

                                 By:    /s/ Mandy L. Jeffcoach (As authorized on 4/14/23)
                                         Mandy L. Jeffcoach
                                         Jessica L. Thomason
                                         Attorneys for Defendants
                                         Fresno Police Officer Anthony Rodriguez, Fresno
                                         Police Officer Kevin Jones, and The City of
                                         Fresno, erroneously sued as The City of Fresno,
                                         California

Dated: April 25, 2023                         LAW OFFICE OF KEVIN G. LITTLE

                                 By:    /s/ Kevin G. Little (As authorized on 4/25/23)
                                         Kevin G. Little
                                         Attorneys for Plaintiffs
                                         Richard Charles Bernier, III and Nadezhda
                                         Ustinenkov

**ORDER**

Pursuant to the parties above stipulation (Doc. 97), the Scheduling Conference currently set for May 2, 2023, is **CONTINUED to November 16, 2023,[2] at 9:30 a.m.** before Magistrate Judge Sheila K. Oberto. The parties SHALL file a Joint Status Conference Statement by no later than November 9, 2023.

IT IS SO ORDERED.

Dated:   **April 26, 2023**                              /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE

---

[2] The date for the Scheduling Conference was continued for one week in accordance with the Court's schedule.

Stipulation to Continue Initial Scheduling Conference; Order

5