# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLES BERNIER, III; NADEZHDA USTINENKOV,<br><br>Plaintiffs,<br><br>v.<br><br>FRESNO POLICE OFFICER ANTHONY RODRIGUEZ; FRESNO POLICE OFFICER KEVIN JONES; FRESNO COUNTY SHERIFF'S DEPUTY GARRETT MAJORS; FRESNO COUNTY SHERIFF'S DEPUTY JOHN ROBINSON; FRESNO COUNTY SHERIFF'S DEPUTY NATHANIEL WILKINSON; UNKNOWN FRESNO COUNTY SHERIFF'S DEPARTMENT DEPUTIES; UNKNOWN FRESNO POLICE OFFICERS; THE CITY OF FRESNO, CALIFORNIA; THE COUNTY OF FRESNO, CALIFORNIA,<br><br>Defendants. | Case No. 1:18-CV-01131-JLT-SKO<br><br>ORDER DIRECTING THE CLERK TO TERMINATE DEFENDANTS ANTHONY RODRIGUEZ AND KEVIN JONES<br><br>(Doc. 106) |

On May 22, 2024, the parties filed a Stipulation of Dismissal (Doc. 106) as to Defendants Anthony Rodriguez and Kevin Jones with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or

all of [their] claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because the parties filed a stipulation of dismissal with prejudice under Rule 41(a), this case has automatically terminated as to Defendants Anthony Rodriguez and Kevin Jones. Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of Court is directed to TERMINATE Defendants Anthony Rodriguez and Kevin Jones.

This case shall remain OPEN pending resolution of Plaintiffs' case against the remaining defendants.

IT IS SO ORDERED.

Dated:   **May 23, 2024**            /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE