Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Plaintiffs Richard C. Bernier III
and Nadezhda Ustinenkov

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| RICHARD CHARLES BERNIER, III; NADEZHDA USTINENKOV,<br><br>Plaintiffs,<br><br>v.<br><br>FRESNO POLICE OFFICER ANTHONY RODRIGUEZ; FRESNO POLICE OFFICER KEVIN JONES; FRESNO COUNTY SHERIFF'S DEPUTY GARRETT MAJORS; FRESNO COUNTY SHERIFF'S DEPUTY JOHN ROBINSON; FRESNO COUNTY SHERIFF'S DEPUTY NATHANIEL WILKINSON; UNKNOWN FRESNO COUNTY SHERIFF'S DEPARTMENT DEPUTIES; UNKNOWN FRESNO POLICE OFFICERS; THE CITY OF FRESNO, CALIFORNIA; THE COUNTY OF FRESNO, CALIFORNIA,<br><br>Defendants. | Case No.: 1:18-CV-01131-JLT-SKO<br><br>*Assigned to: The Hon. Jennifer L. Thurston*<br><br>**STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**<br><br>(Doc. 109)<br><br>Complaint Filed:   August 20, 2018<br><br>Trial Date:   April 1, 2025 |

TO THE HONORABLE COURT:

    IT IS HEREBY STIPULATED by and between Plaintiffs RICHARD CHARLES

BERNIER, III and NADEZHDA USTINENKOV (hereinafter "Plaintiffs"), and Defendants

FRESNO COUNTY SHERIFF'S DEPUTIES GARRETT MAJORS, JOHN ROBINSON, and



STIPULATION AND ORDER MODIFYING SCHEDULING ORDER     1

NATHANIEL WILKINSON, and THE COUNTY OF FRESNO, CALIFORNIA (collectively "Defendants"), through their respective counsel, as follows:

WHEREAS, on August 16, 2023, the Court issued a Scheduling Order in this action pursuant to Fed. Rule of Civ. Proc. 16 [Dkt 10]; and

WHEREAS, the Parties have been diligent in exchanging non-expert discovery and in noticing the depositions of the Parties and pertinent third-party witnesses to this action. However, due to scheduling conflicts, the depositions of the Plaintiffs were not able to proceed as scheduled on May 30, 2024, as counsel for the Plaintiffs is currently engaged in a trial in the County of Los Angeles.  Based on Plaintiffs' counsel's unavailability, the Plaintiffs' depositions cannot be rescheduled before June 18, 2024, which would not allow Defendants the opportunity to conduct any follow up discovery and would impact expert discovery; and

THEREFORE, the Parties hereby stipulate and agree that the non-expert discovery deadline and the expert discovery deadlines should be modified as follows:

| Event | Current Date | Proposed New Date |
| --- | --- | --- |
| Non-Expert Discovery Deadline | June 28, 2024 | July 19, 2024 |
| Expert Disclosures | July 26, 2024 | August 16, 2024 |
| Rebuttal Expert Disclosures | August 30, 2024 | September 20, 2024 |
| Expert Discovery | September 20, 2024 | October 11, 2024 |

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: June 11, 2024 | LAW OFFICE OF KEVIN G. LITTLE |
| 2 | | |
| 3 | |     */s/ Kevin G. Little* |
| 4 | | Kevin G. Little<br>Attorneys for Plaintiffs Richard C. Bernier, III and Nadezhda Ustinenkov |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | Dated: June 11, 2024 | WEAKLEY AND ARENDT, APC |
| 9 | | |
| 10 | |     */s/ Brande L. Gustafson* |
| 11 | | Brande L. Gustafson<br>Attorneys for Defendants Fresno County Sheriff's Deputies Garrett Majors, John Robinson, Nathaniel Wilkinson, and County of Fresno, California |

## **ORDER**

THE PARTIES HAVING SO STIPULATED (Doc. 109), and good cause appearing therefor, the Court hereby ORDERS that the Scheduling Order (Doc. 105) be MODIFIED as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Non-Expert Discovery Deadline | June 28, 2024 | July 19, 2024 |
| Expert Disclosures | July 26, 2024 | August 16, 2024 |
| Rebuttal Expert Disclosures | August 30, 2024 | September 20, 2024 |
| Expert Discovery | September 20, 2024 | October 11, 2024 |

All other dates in the Scheduling Order REMAIN AS SET.

IT IS SO ORDERED.

Dated:   **June 11, 2024**                              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE