James D. Weakley, Esq.     Bar No. 082853
Brande L. Gustafson, Esq.  Bar No. 267130

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Ave., Suite 211
Fresno, California 93704
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
jim@walaw-fresno.com
brande@walaw-fresno.com

Attorneys for Defendants, County of Fresno,
Garrett Majors, John Robinson, and Nathaniel Wilkinson

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD CHARLES BERNIER, III; NADEZHDA USTINENKOV,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>FRESNO POLICE OFFICER ANTHONY RODRIGUEZ; FRESNO POLICE OFFICER KEVIN JONES; FRESNO COUNTY SHERIFF'S DEPUTY GARRETT MAJORS; FRESNO COUNTY SHERIFF'S DEPUTY JOHN ROBINSON; FRESNO COUNTY SHERIFF'S DEPUTY NATHANIEL WILKINSON; UNKNOWN FRESNO COUNTY SHERIFF'S DEPARTMENT DEPUTIES; UNKNOWN FRESNO POLICE OFFICERS; THE CITY OF FRESNO, CALIFORNIA; THE COUNTY OF FRESNO, CALIFORNIA,<br><br>　　　　　Defendants. | CASE NO.  1:18-cv-01131-JLT-SKO<br><br>**STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**<br><br><br>Complaint Filed: August 20, 2018<br>Trial Date: April 1, 2025 |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys of records

for plaintiffs Richard Charles Bernier, III ("Bernier") and Nadezhda Ustinenkov ("Ustinenkov")

(collectively "Plaintiffs") and defendants County of Fresno ("County"), Fresno County Sheriff's

Deputies Garrett Majors ("Deputy Majors"), John Robinson ("Deputy Robinson"), and

Nathaniel Wilkinson ("Deputy Wilkinson") (collectively "Defendants") as follows:

1     The parties agree to participate in a settlement conference to take place in mid to late
2 August 2024.
3     In light of the parties' wishes to pursue settlement discussions through a settlement
4 conference, the parties agree that it is in the best interest of the court and parties, and in the
5 interest of most economically proceeding with the case, to amend the scheduling order to
6 continue the dates relating to expert discovery to a time after the conclusion of the settlement
7 conference as set forth below:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Non-Expert Discovery Deadline | July 19, 2024 | No Change |
| Settlement Conference | None | Mid to Late August 2024 |
| Expert Disclosures | August 16, 2024 | September 30, 2024 |
| Rebuttal Expert Disclosures | September 20, 2024 | October 25, 2024 |
| Expert Discovery | October 11, 2024 | November 22, 2024 |
| Non-Dispositive Motion Deadline | October 18, 2024 | November 1, 2024 |
| Non-Dispositive Motion Hearing Deadline | November 20, 2024 | December 9, 2024 |
| Dispositive Motion Deadline | November 1, 2024 | No Change |
| Dispositive Motion Hearing Deadline | December 9, 2024 | No Change |

19     The parties request this modification to the scheduling order because the earliest the
20 Defendants can obtain any settlement authority from the Board of Supervisors is August 8,
21 2024, and because the parties would expend substantial effort and expenses at the very time the
22 parties should be devoting their efforts to determining if the case can be settled.
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Stipulation & Order
Modifying Scheduling Order

2

1     IT IS SO STIPULATED.

2 Dated: July 1, 2024                        WEAKLEY & ARENDT
                                             A Professional Corporation

                                     By:     /s/ Brande L. Gustafson
                                               James D. Weakley
                                               Brande L. Gustafson
                                               Attorneys for Defendants
                                               County of Fresno, Garrett Majors, John Robinson,
                                               and Nathaniel Wilkinson

Dated: July 2, 2024                        LAW OFFICE OF KEVIN G. LITTLE

                                     By:     /s/ Kevin G. Little (As authorized on 7/02/24)
                                               Kevin G. Little
                                               Attorneys for Plaintiffs
                                               Richard Charles Bernier, III and Nadezhda
                                               Ustinenkov

Stipulation & Order
Modifying Scheduling Order

3

**ORDER**

THE PARTIES HAVING SO STIPULATED (Doc. 111), and good cause appearing therefor, the Court hereby orders that the Scheduling Conference Order be modified as follows:[1]

| Event | Current Date | New Date |
|---|---|---|
| Non-Expert Discovery Deadline | July 19, 2024 | No Change |
| Settlement Conference | None | August 29, 2024 at 10:30 AM.[2] |
| Expert Disclosures | August 16, 2024 | October 7, 2024 |
| Rebuttal Expert Disclosures | September 20, 2024 | November 4, 2024 |
| Expert Discovery | October 11, 2024 | December 2, 2024 |
| Non-Dispositive Motion Deadline | October 18, 2024 | December 11, 2024 |
| Non-Dispositive Motion Hearing Deadline | November 20, 2024 | January 15, 2025 |
| Dispositive Motion Deadline | November 1, 2024 | December 18, 2024 |
| Dispositive Motion Hearing Deadline | December 9, 2024 | January 22, 2025 |
| Pre-Trial Conference | February 3, 2025 | March 24, 2025 |
| Trial | April 1, 2025 | May 20, 2025 |

IT IS SO ORDERED.

Dated:   **July 8, 2024**                                          /s/ *Sheila K. Oberto*
                                                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Some dates have been modified from the parties' proposed order to accommodate the Court's schedule.
[2] An Order re Settlement Conference will follow this order detailing the Court's pre-settlement conference requirements.