UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLES BERNIER, III; NADEZHDA USTINENKOV,<br><br>Plaintiffs,<br><br>vs.<br><br>FRESNO POLICE OFFICER ANTHONY RODRIGUEZ; FRESNO POLICE OFFICER KEVIN JONES; FRESNO COUNTY SHERIFF'S DEPUTY GARRETT MAJORS; FRESNO COUNTY SHERIFF'S DEPUTY JOHN ROBINSON; FRESNO COUNTY SHERIFF'S DEPUTY NATHANIEL WILKINSON; UNKNOWN FRESNO COUNTY SHERIFF'S DEPARTMENT DEPUTIES; UNKNOWN FRESNO POLICE OFFICERS; THE CITY OF FRESNO, CALIFORNIA; THE COUNTY OF FRESNO, CALIFORNIA,<br><br>Defendants. | 1:18-cv-01131-JLT-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 116) |

On September 20, 2024, the parties filed a joint stipulation dismissing the remaining defendants in this action. (Doc. 116). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is

directed to close this case.

IT IS SO ORDERED.

Dated:   **September 23, 2024**                    /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE